IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) CRIMINAL CASE NO. 07-00304-CG |
| | ) |
| JOHNNY KEITH GRIDER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The above-styled action came on for trial by jury on January 10, 2008, before the Honorable Callie V. S. Granade, Chief United States District Judge.  The jury was selected, but not sworn before the Honorable Magistrate Judge Bert W. Milling, Jr., on January 2, 2008.

On January 10, 2008, the court held an in-camera hearing on several pretrial matters.  For the reasons as set forth on the record, the court made the following rulings:  Defendant's second motion in limine (Doc. 30) was **GRANTED** as to the government's Rule 404(b) evidence, and **DENIED** as to the defendant's statement.  Defendant's motion in limine as to Old Chief v. United States, 117 S. Ct. 644 (1997), (Doc. 38) was **GRANTED**.  The defendant's oral motion in limine to preclude the government from introducing drug evidence (Doc. 31) was **GRANTED**.  The government's motion in limine regarding ownership of gun (Doc. 27) was **DENIED**.  The government's oral motion in limine to preclude the defendant from representing to the jury that the government has to prove the number of shells as set out in the Superseding Indictment (Doc. 32) was **GRANTED**.  The government's motion to appoint counsel for defendant's witness Cecil Grider (Doc. 33) was **GRANTED**, and CJA Counsel, Gordon G. Armstrong, was appointed to represent the witness.

The jury was then duly sworn, and trial commenced.  The United States presented its case-in-chief, and rested.  During presentation of the government's case the defendant orally moved for issuance of subpoena as to Cecil Grider, and for the U.S. Marshal to serve the subpoena (Doc. 34), and said motion was **GRANTED**.  At the close of the government's case, the defendant orally moved for judgment of acquittal pursuant to Rule 29 of the F.R.Cr.P. (Doc.35).  The court found that there was sufficient circumstantial evidence to go to the jury, and **DENIED** the motion.

The defendant then presented his evidence, and rested.  During presentation of the defendant's case, the court held a hearing, outside the presence of the jury, to determine the admissibility of Cecil Grider's testimony.  Upon consideration of the testimony presented, the court determined that the Mr. Grider's testimony would be admissible.  Upon being advised by Attorney Armstrong that Mr. Grider would exercise his Constitutional Fifth Amendment right not to testify if called as a witness, the court advised the parties that it would not require Cecil Grider to take the stand, and that it would allow the defendant to call Kenneth Stephen Kirchharr as a witness to testify as to Cecil Grider's statement regarding the gun.  At the close of all the evidence, the defendant orally renewed his motion for judgment of acquittal, and said motion (Doc. 36) was **DENIED**.  The court then held a charge conference with counsel, the respective parties presented their closing arguments to the jury, the court charged the jury on the applicable law, and the jury commenced their deliberations.

Now, on the 10th day of January 2008, comes the jury who having heard the evidence, the arguments of counsel, the charge of the court and having considered the same upon their oaths return their verdict into open court with counsel and defendant present, to wit:

"WE, THE JURY, FIND THE DEFENDANT**, JOHNNY KEITH GRIDER, GUILTY** AS CHARGED IN COUNT ONE OF THE SUPERSEDING INDICTMENT.

            THOMAS W. LEAVELL
            FOREPERSON"

In accordance with the jury's findings, it is **ADJUDGED** that the defendant, JOHNNY KEITH GRIDER, has been found **GUILTY** and **CONVICTED** of the offense a prohibited person in possession of a firearm and ammunition in violation of Title 18, United States Code, Section 922(g)(1) as charged in Count One of the Superseding Indictment.

It, therefore, is **ORDERED** that the defendant JOHNNY KEITH GRIDER is to remain in custody of the U. S. Marshal pending imposition of sentence **SCHEDULED** for **WEDNESDAY, APRIL 9, 2008, at 1:00 p.m.,** to be held in Courtroom 2B, United States Courthouse, Mobile, Alabama.

The presentence investigation report shall be completed by U. S. Probation and disclosed to the parties on or before **March 5, 2008**.

On or before **March 26, 2008**, the parties shall each file a "Position of (United States) (Defendant) with Respect to Sentencing Factors" in accordance with this Court's Standing Order Number Five. All other requirements and deadlines of that Standing Order shall be strictly observed and enforced.

**DONE and ORDERED** this the 10th day of January, 2008.

            /s/ Callie V. S. Granade
            CHIEF UNITED STATES DISTRICT JUDGE